## PEERY'S LESSEE v. BURTON.

Supreme Court.   Sussex.   March, 1795.

*Bayard's Notebook, 89.*

The motion was supported by *Miller* and *Peery* for the plaintiff and opposed by *Ridgely* and *Bayard* for defendant.

PER CURIAM.   In this case there is a demurrer to evidence, which is still depending.   The verdict is neither for the plaintiff nor for defendant till demurrer is decided.   The verdict is inchoate, and in its present state there cannot be a motion to set it aside.   The Court must pass on the demurrer before the motion can be entertained.

Motion refused.